UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>          Plaintiffs,<br>   v.<br>BIANCHI, LLC,<br><br>          Defendant,<br>   v.<br>CADMAN MATERIALS, INC.,<br><br>          Garnishee. | Case No. MC19-0059RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Bianchi, LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Cadman Materials, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on May 28, 2019, at Dkt. # 1-1.

Dated this 29th day of May, 2019.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT