UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BIANCHI, LLC,<br><br>    Defendant,<br>v.<br><br>CADMAN MATERIALS, INC.,<br><br>    Garnishee. | Case No. MC19-0059RSL<br><br>ORDER DECLINING TO ENTER JUDGMENT |

This matter comes before the Court on plaintiffs' proposed judgment on the garnishee's answer. The record shows that plaintiffs attempted to serve defendant/judgment debtor, Bianchi, LLC, by certified mail, but service was unsuccessful. A review of the Secretary of State's on-line records shows that plaintiffs utilized an incorrect address for service.

The Court declines to enter judgment in these circumstances. Plaintiffs shall have thirty days from the date of this Order in which to properly serve defendant/judgment debtor and to renew its request for entry of judgment. If a timely request is not filed, the writ of garnishment will be vacated.

Dated this 17th day of July, 2019.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ENTER JUDGMENT -2-