# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BIANCHI LLC,<br><br>Defendant,<br><br>v.<br><br>CADMAN MATERIALS, INC.<br><br>Garnishee. | No. MC19-0059RSL<br><br>**ORDER DIRECTING DISBURSEMENT OF FUNDS FROM THE COURT REGISTRY** |

This matter comes before the Court *sua sponte*. On July 17, 2019, the Court declined to enter judgment on the garnishee's answer. The garnishee, through its parent company, nevertheless deposited the funds in its possession into the registry of the Court. Plaintiffs have now voluntarily dismissed this case.

The garnishee's parent company, Lehigh Hanson, shall, within seven days of the date of this Order, provide to the Clerk of Court the tax information specified in LCR 67(b). Once the information is provided, the Clerk of Court is hereby authorized

**ORDER DIRECTING DISBURSEMENT
OF FUNDS FROM THE COURT REGISTRY** - 1

and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $60,718.07 plus all accrued interest, minus any statutory user fees, payable to Lehigh Hanson and to mail or deliver the check to Lehigh Hanson at 300 E. John Carpenter Freeway, Suite 1675, Irving, TX 75062, ATTN: Accounts Payable.

Dated this 18th day of September, 2019.

Robert S. Lasnik
United States District Judge